# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT B., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:20-cv-00260-LEW |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## AMENDED ORDER ON MOTION FOR AWARD OF FEES

The plaintiff's motion for an award of attorney fees under 42 U.S.C. § 406(b) in the amount of $11,493.53 (ECF No. 21) is **GRANTED**. (The Commissioner has not objected). That award amounts to less than 25% of the past due benefits of $69,974.12 that the lawyer's efforts obtained for the plaintiff in this case. It is consistent with the amount the plaintiff agreed to pay under the Contingent Fee Agreement (ECF No. 21-4), and I conclude under the circumstances that it is reasonable. *See Gisbrecht v. Barnhart*, 55 U.S. 789 (2002); *Siraco v. Astrue*, 806 F. Supp. 2d 272 (D. Me. 2011). Upon receiving payment, counsel shall return to the plaintiff the earlier award of $4,291.80 in fees under the Equal Access to Justice Act.

    **SO ORDERED.**

Dated this 9th day of June, 2022.

                                               /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE